# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| STACEY J. WILLIAMS f/k/a STACY J. EDMONDS, | |
| Plaintiff, | CIVIL ACTION FILE NO: |
| v. | 4:23-CV-00175-WMR-WEJ |
| MEGGITT (ROCKMART), INC. and ROOT STAFF CORPORATION, | |
| Defendants. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R") [Doc. 45], which recommends that Plaintiff Stacey Williams's Motion for Default Judgment as to Root Staff Corporation [Doc. 13] be granted. No objection to the R & R has been filed.

## I. LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the

R&R that is the subject of a proper objection. *Id*. As no objection to this R&R has been filed in this case, the clear error standard applies.

## II.   CONCLUSION

After considering the Non-Final Report and Recommendation [Doc. 45], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, Plaintiff's Motion for Default Judgment as to Root Staff Corporation is **GRANTED**, and judgment by default is entered in favor of Plaintiff against Root Staff Corporation in the amount of $99,664.23, plus interest at the legal rate.

**IT IS SO ORDERED**, this 29th day of January, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE